TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
JOSEPH PRESTON VANMEAR

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH PRESTON VANMEAR,<br><br>    Defendant. | No. 2:18-CR-0247 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United

States Attorney JAMES CONOLLY, and the Defendant, JOSEPH VANMEAR, by and through

his counsel of record TASHA CHALFANT, hereby stipulate and request that the Court make the

following findings and Order as follows:

1.    By previous order, this matter was set for status conference on May 2, 2019.

2.    By this stipulation, the defendant now moves to continue the status conference until

July 18, 2019, and to exclude time between May 2, 2019, and July 18, 2019, under Local Code

T4.  Plaintiff does not oppose this request.

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING

AND FOR EXCLUSION OF TIME

1

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case includes approximately 100 plus pages of investigative reports in electronic form.  All of this discovery has been either produced directly to counsel, and/or made available for inspection and copying.  There is a new batch of discovery which I have been advised is forthcoming.

b.      Counsel for the defendant desires additional time to review the discovery, develop the case, conduct investigation, consult with her client, discuss potential resolution, and to explain the consequences and guidelines.  Additional time is also required to obtain the defendant's prior court files in order to assess his criminal history category and his estimated guidelines calculations. The out-of-county court records have to be ordered in small groups which is causing delay in the ability to review all relevant files.

c.      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 2, 2019, to July 18, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING

AND FOR EXCLUSION OF TIME

2

the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

period within which a trial must commence.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on

their behalf.

IT IS SO STIPULATED.

Dated:  April 29, 2019                    by:     /s/Tasha Chalfant for
                                                   JAMES CONOLLY
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

Dated:  April 29, 2019                    by:     /s/Tasha Chalfant
                                                   TASHA CHALFANT
                                                   Attorney for Defendant
                                                   JOSEPH PRESTON VANMEAR

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS HEARING

AND FOR EXCLUSION OF TIME

3

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 2, 2019, to and including July 18, 2019, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set May 2, 2019, status conference shall be continued to July 18, 2019, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 29th day of April, 2019.


_____
Troy L. Nunley
United States District Judge