TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
JOSEPH PRESTON VANMEAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH PRESTON VANMEAR,<br><br>Defendant. | No. 2:18-CR-0247 TLN<br><br>STIPULATION AND ORDER FOR PRE-PLEA PRESENTENCE REPORT (CRIMINAL HISTORY ONLY) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JAMES CONOLLY, and the Defendant, JOSEPH VANMEAR, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. To assist the defendant in deciding how to proceed in this matter, the parties request that probation be authorized to calculate the defendant's criminal history score in advance of any resolution to this matter.  A criminal history score calculation will provide the defendant with greater certainty of the potential sentencing guideline range applicable to this case.

2. Based on the information set forth in the defendant's criminal history, the parties are uncertain about how the defendant's prior convictions will score under the various factors listed in U.S.S.G. §4A1.1 and if the defendant is a career offender under USSG §4B1.1.

3. Given the significant amount of time the defendant is facing, a higher Criminal History Category would lead to what the defendant considers to be an extremely significant difference in sentencing exposure. Advance knowledge of probation's calculation of the Criminal History that applies in this case could lead to a negotiated resolution that would save the parties from unnecessarily burdening the Court's trial calendar.

4. The parties request that probation provide the parties with the defendant's criminal history score as soon as practical, but no later than April 27, 2023.

5. The parties have conferred with probation, which is amendable to the request and the above time frame but conveyed that their office would require an order from the Court.

6. Therefore, the parties respectfully request the Court to order probation to prepare a pre-plea presentence report that includes the defendant's criminal history calculation only.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

*The remainder of this page is intentionally blank.  Signature to immediately follow.*

| | | | |
|---|---|---|---|
| Dated:  March 16, 2023 | | by: | */s/Tasha Chalfant for*<br>JAMES CONOLLY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| Dated:  March 16, 2023 | | by: | */s/Tasha Chalfant*<br>TASHA CHALFANT<br>Attorney for Defendant<br>JOSEPH PRESTON VANMEAR |

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is ORDERED that Probation shall prepare a pre-plea presentence report **for criminal history calculation only** in this case.  This calculation should be completed by probation as soon as practical , but by no later than April 27, 2023.  Probation shall disclose a copy to the defendant's counsel and the United States upon completion.

IT IS SO ORDERED.

Dated:  **March 17, 2023**          *Dale A. Drozd*
                                     UNITED STATES DISTRICT JUDGE