PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH PRESTON VANMEAR, <br><br> Defendant. | CASE NO. 2:18-CR-247-DAD <br><br> STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER <br><br> DATE: September 12, 2023 <br> TIME: 9:30 a.m. <br> COURT: Hon. Dale A. Drozd |

**STIPULATION**

The parties agree and stipulate, and request that the Court find the following:

1. On March 13, 2023, the Court set this matter for trial, to commence on October 2, 2023, with a trial confirmation hearing set for September 19, 2023.  ECF No. 56.

2. By this stipulation, the parties request that the Court vacate the trial confirmation hearing and set in its place a change of plea hearing, on September 12, 2023, at 9:30 a.m.

3. The parties will continue to work on this case through the change of plea hearing and they agree that the time exclusion that the Court has ordered, under Local Code T4, up to and including October 2, should remain in place, for the reasons that follow.  ECF No. 56.

   a) The government has represented that the discovery associated with this case includes approximately 100 plus pages of investigative reports in electronic form, and some audio and video files, as well as a forensic copy of the data contained on Mr. Vanmear's mobile telephone, seized at the time of his arrest.  All of this discovery has been either produced directly

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

to counsel, and/or made available for inspection and copying.

        b)     Counsel for the defendant continues to examine this case in light of the discovery and ensuing investigation, consult with her client, and otherwise work to put her client in the best possible position for case resolution.

        c)     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and thus the current exclusion of time under Local Code T4, up to and including October 2, 2023, should remain in place.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 10, 2023

PHILLIP A. TALBERT  
United States Attorney

/s/ JAMES R. CONOLLY  
JAMES R. CONOLLY  
Assistant United States Attorney

Dated:  August 10, 2023

/s/ TASHA CHALFANT  
TASHA CHALFANT  
Counsel for Defendant  
JOSEPH PRESTON VANMEAR

**ORDER**

IT IS SO ORDERED.

Dated:  **August 11, 2023**

_Dale A. Drozd_  
UNITED STATES DISTRICT JUDGE